In re:
Christine Marie Wilkinson
Timothy Lee Wilkinson
       Debtors

Case No. 18-01053-RNO
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-1      User: JGoodling      Page 1 of 1      Date Rcvd: Jun 11, 2018
                   Form ID: ntcnfhrg      Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2018.
```
db/jdb        +Christine Marie Wilkinson,   Timothy Lee Wilkinson,   757 Gablers Rd,   Gardners, PA 17324-9533
5035127        Bur Acct Mgm,   Bureau Of Account,   Camp Hill PA 17011
5035128       +Coml Accept,   2300 Gettysburg Rd,   Camp Hill PA 17011-7303
5035125        Department of Revenue,   1 Revenue Place,   Harrisburg PA 17129-0001
5052125        ECMC,   PO BOX 16408,   ST. PAUL, MN 55116-0408
5035130       +Hanover Hospital,   c/o National Recovery,   2491 Paxton Street,   Harrisburg PA 17111-1036
5035131       +IC Systems, Inc,   444 Highway 96 East,   Po Box 64378,   St Paul MN 55164-0378
5035132        Penn State Hershey Hospital,   500 University Drive,   Carlisle PA 17013-3000
5035133        Phfa-hemap,   Agency,   Harrisburg PA 17101
5035134       +Timothy Wilkinson,   757 Gablers Road,   Gardners PA 17324-9533
5035135       +Victoria Chen, Esquire,   701 Market Street, Suite 5000,   Philadelphia PA 19106-1541
5059383        Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,   P.O. Box 19657,   Irvine, CA 92623-9657
5035137       +Wells Fargo Dealer Services,   Po Box 1697,   Winterville NC 28590-1697
5035136       +Wells Fargo Dealer Services,   Attn: Bankruptcy,   Po Box 19657,   Irvine CA 92623-9657
5035138       +Wellspan Health,   1001 S. George Street,   York PA 17403-3676
5035123       +York Adams Tax Claim Bureau,   PO BOX 15627,   York PA 17405-0156
5040847       +York Hospital,   1001 S George St,   York PA 17403-3645
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5045265        Fax: 800-813-8164 Jun 11 2018 19:39:32     21st Mortgage Corporation,   P.O. Box 477,
                Knoxville, TN 37901
5035126       +Fax: 800-813-8164 Jun 11 2018 19:39:32     21st Mortgage,   620 Market St,   Suite 100,
                Knoxville TN 37902-2208
5035129       +E-mail/Text: bknotice@ercbpo.com Jun 11 2018 19:10:41     ERC/Enhanced Recovery Corp,
                8014 Bayberry Rd,   Jacksonville FL 32256-7412
5035124        E-mail/Text: cio.bncmail@irs.gov Jun 11 2018 19:10:16     IRS Centralized Insolvency Oper.,
                Post Office Box 7346,   Philadelphia PA 19101-7346
                                                                                  TOTAL: 4

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2018            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2018 at the address(es) listed below:
```
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
          Dawn Marie Cutaia   on behalf of Debtor 1 Christine Marie Wilkinson dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          Dawn Marie Cutaia   on behalf of Debtor 2 Timothy Lee Wilkinson dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          James Warmbrodt   on behalf of Creditor   21st Mortgage Corporation   bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                  TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Christine Marie Wilkinson,

**Debtor 1**

Timothy Lee Wilkinson,

**Debtor 2**

Chapter 13

Case No. 1:18–bk–01053–RNO

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **August 8, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: August 15, 2018<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: JGoodling, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 11, 2018 |

ntcnfhrg (03/18)