UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Christine Marie Wilkinson | CHAPTER 13 |
| And | |
| Timothy Lee Wilkinson | CASE NO: 1:18-bk-01053-RNO |
| Debtor(s) | |

## MOTION TO RECONSIDER ORDER DISMISSING CASE

AND NOW, this 31st day of July 2018, the Debtors, by and through Their attorney, Dawn M. Cutaia, file this Motion to Reconsider Order Dismissing case and in support thereof states the following:

1. Debtors filed a Chapter 13 bankruptcy on March 15, 2018.
2. Debtors filed an application to pay the filing fee in installments, which was granted on March 16, 2018.
3. Debtors' filing fee was due by July 13, 2018.
4. Debtors forgot to send in their filing fee and their case was dismissed on July 26, 2018.
5. Debtors' filing fee was paid in full on July 31, 2018.

WHEREFORE, the Debtors respectfully requests this Honorable Court reconsider its Order of July 26, 2018, dismissing their case and reinstate their case.

Respectfully Submitted,

By: /s/ Dawn M.Cutaia
Dawn M. Cutaia
Supreme Court ID 77965
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    Christine Marie Wilkinson                       CHAPTER 13
        And
    Timothy Lee Wilkinson                        CASE NO: 1:18-bk-01053-RNO

        Debtor(s)

## **ORDER**

Upon consideration of the Debtors' Motion to Reconsider Order Dismissing Debtors' case, said Motion is hereby GRANTED and the Debtors' Chapter 13 case is reinstated.