UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CHRISTINE MARIE WILKINSON<br>TIMOTHY LEE WILKINSON | CASE NO: 18-1053<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 8/1/2018, I did cause a copy of the following documents, described below,

motion to reconsider order dismissing case

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/1/2018

/s/ Dawn Cutaia
Dawn Cutaia
Pugh & Cutaia
115 E. Philadelphia St.
York, PA 17401
717 304 1841

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHRISTINE MARIE WILKINSON
TIMOTHY LEE WILKINSON

CASE NO: 18-1053

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 8/1/2018, a copy of the following documents, described below,

motion to reconsider order dismissing case

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/1/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dawn Cutaia
Pugh & Cutaia
115 E. Philadelphia St.
York, PA 17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | 21ST MORTGAGE | 21ST MORTGAGE CORPORATION |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 03141 CASE 1-18-BK-01053-RNO MIDDLE DISTRICT OF PENNSYLVANIA HARRISBURG WED AUG 1 12-20-07 EDT 2018 | 620 MARKET ST SUITE 100 KNOXVILLE TN 37902-2208 | PO BOX 477 KNOXVILLE TN 37901-0477 |
| BUR ACCT MGM BUREAU OF ACCOUNT CAMP HILL PA 17011 | COML ACCEPT 2300 GETTYSBURG RD CAMP HILL PA 17011-7303 | DAWN MARIE CUTAIA PUGH AND CUTAIA PLLC 115 E PHILADELPHIA STREET YORK PA 17401-2437 |
| CHARLES J DEHART III TRUSTEE 8125 ADAMS DRIVE SUITE A HUMMELSTOWN PA 17036-8625 | DEPARTMENT OF REVENUE 1 REVENUE PLACE HARRISBURG PA 17129-0001 | ECMC PO BOX 16408 ST PAUL MN 55116-0408 |
| ERCENHANCED RECOVERY CORP 8014 BAYBERRY RD JACKSONVILLE FL 32256-7412 | HANOVER HOSPITAL CO NATIONAL RECOVERY 2491 PAXTON STREET HARRISBURG PA 17111-1036 | IC SYSTEMS INC 444 HIGHWAY 96 EAST PO BOX 64378 ST PAUL MN 55164-0378 |
| IRS CENTRALIZED INSOLVENCY OPER POST OFFICE BOX 7346 PHILADELPHIA PA 19101-7346 | PENN STATE HERSHEY HOSPITAL 500 UNIVERSITY DRIVE CARLISLE PA 17013-3000 | PHFA HEMAP AGENCY HARRISBURG PA 17101 |
| TIMOTHY WILKINSON 757 GABLERS ROAD GARDNERS PA 17324-9533 | UNITED STATES TRUSTEE 228 WALNUT STREET SUITE 1190 HARRISBURG PA 17101-1722 | VICTORIA CHEN ESQUIRE 701 MARKET STREET SUITE 5000 PHILADELPHIA PA 19106-1541 |
| JAMES WARMBRODT 701 MARKET STREET SUITE 5000 PHILADEPHIA PA 19106-1541 | WELLS FARGO BANK NA DBA WELLS FARGO DEA PO BOX 19657 IRVINE CA 92623-9657 | WELLS FARGO DEALER SERVICES ATTN BANKRUPTCY PO BOX 19657 IRVINE CA 92623-9657 |
| WELLS FARGO DEALER SERVICES PO BOX 1697 WINTERVILLE NC 28590-1697 | WELLSPAN HEALTH 1001 S GEORGE STREET YORK PA 17403-3676 | DEBTOR CHRISTINE MARIE WILKINSON 757 GABLERS RD GARDNERS PA 17324-9533 |
| TIMOTHY LEE WILKINSON 757 GABLERS RD GARDNERS PA 17324-9533 | YORK ADAMS TAX CLAIM BUREAU PO BOX 15627 YORK PA 17405-0156 | YORK HOSPITAL 1001 S GEORGE ST YORK PA 17403-3645 |