☐IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
TIMOTHY LEE WILKINSON :
: CASE NO. 1:19-bk-03021
CHRISTINE MARIE WILKINSON :
:
:

    **Debtors**

## DEBTORS' AFFIDAVIT OF DISBURSEMENT OF TRUSTEE FUNDS UPON DISMISSAL AND/OR CONVERSION OF CASE PRIOR TO CONFIRMATION

If our case is dismissed and/or converted to a Chapter 7 prior to confirmation of my Chapter 13 Plan, we, Timothy Lee Wilkinson and Christine Marie Wilkinson, the Debtors in the above-captioned case, hereby assign to our counsel, Mott & Gendron Law, the funds held in trust by the Standing Chapter 13 Trustee, Charles J. DeHart, III, pursuant to the Chapter 13 Plan to the Chapter 13 Plan sufficient to pay the outstanding balance of attorney fees and hereby authorize the said Trustee to pay said funds to Mott & Gendron Law. The balance, if any, will be paid to the debtors.

**/s/ Timothy Lee Wilkinson**

**/s/Christine Marie Wilkinson**