| Gettysburg College | Pay Group: STF-Staff Pay Group | Business Unit: GBURG |
| --- | --- | --- |
| 300 North Washington Street | Pay Begin Date: 05/04/2019 | Advice #: 000000000656025 |
| Gettysburg, PA 17325 | Pay End Date: 05/17/2019 | Advice Date: 05/24/2019 |

| | | TAX DATA: | Federal | PA State |
| --- | --- | --- | --- | --- |
| **Christine Wilkinson** | Employee ID: 5947427 | Tax Status: | Married | N/A |
| 757 Gablers Rd | Department: SECOFF-Department of Public Safety | Allowances: | 2 | 0 |
| Gardners, PA 17324 | Location: Gettysburg College | Addl. Percent: | | |
| | Job Title: Casual Staff | Addl. Amount: | | |
| | Pay Rate: $11.750000 Hourly | | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Casual Wages | 11.750000 | 40.00 | 470.00 | 40.00 | 470.00 | Fed Withholdng | 0.00 | 0.00 |
| | | | | | | Fed MED/EE | 6.82 | 6.82 |
| | | | | | | Fed OASDI/EE | 29.14 | 29.14 |
| | | | | | | PA Unempl EE | 0.28 | 0.28 |
| | | | | | | PA Withholdng | 14.43 | 14.43 |
| | | | | | | PA LOCAL | 7.52 | 7.52 |
| | | | | | | PA | 2.00 | 2.00 |
| **TOTAL:** | | 40.00 | 470.00 | 40.00 | 470.00 | **TOTAL:** | **60.19** | **60.19** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| **TOTAL:** | **0.00** | **0.00** | **TOTAL:** | **0.00** | **0.00** | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current | 470.00 | 470.00 | 60.19 | 0.00 | 409.81 |
| YTD | 470.00 | 470.00 | 60.19 | 0.00 | 409.81 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE | NET PAY DISTRIBUTION | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Start Balance | 0.0 | 0.0 | | **Account Type** | **Account Number** | **Deposit Amount** |
| + Earned | 0.0 | 0.0 | Advice #000000000656025 | Checking | 1953753 | 409.81 |
| + Bought | 0.0 | 0.0 | | | | |
| - Taken | 0.0 | 0.0 | | | | |
| - Sold | 0.0 | 0.0 | | | | |
| + Adjustments | 0.0 | 0.0 | | | | |
| **End Balance** | **0.0** | **0.0** | **TOTAL:** | | | **409.81** |

**MESSAGE:** Service Hours =

| | | | | |
|---|---|---|---|---|
| **Gettysburg College**<br>300 North Washington Street<br>Gettysburg, PA 17325 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | STF-Staff Pay Group<br>05/04/2019<br>05/17/2019 | Business Unit:<br>Advice #:<br>Advice Date: | GBURG<br>**000000000656025**<br>05/24/2019 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | **TAX DATA:** | **Federal** **PA State** |
| **Christine Wilkinson**<br>757 Gablers Rd<br>Gardners, PA 17324 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 5947427<br>SECOFF-Department of Public Safety<br>Gettysburg College<br>Casual Staff<br>$11.750000 Hourly | | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Married N/A<br>2 0 |

## HOURS AND EARNINGS

| | | ----------------- Current ------------------- | | ---------- YTD ------------- | | |
|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | |
| Casual Wages | 11.750000 | 40.00 | 470.00 | 40.00 | 470.00 | |
| **TOTAL:** | | **40.00** | **470.00** | **40.00** | **470.00** | |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 6.82 | 6.82 |
| Fed OASDI/EE | 29.14 | 29.14 |
| PA Unempl EE | 0.28 | 0.28 |
| PA Withholdng | 14.43 | 14.43 |
| PA LOCAL | 7.52 | 7.52 |
| PA | 2.00 | 2.00 |
| **TOTAL:** | **60.19** | **60.19** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| **TOTAL:** | **0.00** | **0.00** | **TOTAL:** | **0.00** | **0.00** | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 470.00 | 470.00 | 60.19 | 0.00 | 409.81 |
| YTD | 470.00 | 470.00 | 60.19 | 0.00 | 409.81 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|
| | | | **Account Type** | **Account Number** | **Deposit Amount** |
| Start Balance | 0.0 | 0.0 | | | |
| + Earned | 0.0 | 0.0 | Advice #000000000656025 Checking | 1953753 | 409.81 |
| + Bought | 0.0 | 0.0 | | | |
| - Taken | 0.0 | 0.0 | | | |
| - Sold | 0.0 | 0.0 | | | |
| + Adjustments | 0.0 | 0.0 | | | |
| **End Balance** | **0.0** | **0.0** | **TOTAL:** | | **409.81** |

**MESSAGE:** Service Hours =

| Gettysburg College | Pay Group: STF-Staff Pay Group | Business Unit: GBURG |
| --- | --- | --- |
| 300 North Washington Street | Pay Begin Date: 05/18/2019 | Advice #: **000000000657084** |
| Gettysburg, PA 17325 | Pay End Date: 05/31/2019 | Advice Date: 06/07/2019 |

| | | **TAX DATA:** | **Federal** | **PA State** |
| --- | --- | --- | --- | --- |
| **Christine Wilkinson** | Employee ID: 5947427 | Tax Status: | Married | N/A |
| 757 Gablers Rd | Department: SECOFF-Department of Public Safety | Allowances: | 2 | 0 |
| Gardners, PA 17324 | Location: Gettysburg College | Addl. Percent: | | |
| | Job Title: Casual Staff | Addl. Amount: | | |
| | Pay Rate: $11.900000 Hourly | | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
| --- | --- | --- | --- | --- | --- |
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Casual Wages | 11.900000 | 16.00 | 190.40 | 56.00 | 660.40 |
| **TOTAL:** | | **16.00** | **190.40** | **56.00** | **660.40** |

## TAXES

| **Description** | **Current** | **YTD** |
| --- | --- | --- |
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 2.76 | 9.58 |
| Fed OASDI/EE | 11.80 | 40.94 |
| PA Unempl EE | 0.12 | 0.40 |
| PA Withholdng | 5.85 | 20.28 |
| PA LOCAL | 3.05 | 10.57 |
| PA | 2.00 | 4.00 |
| **TOTAL:** | **25.58** | **85.77** |

| **BEFORE-TAX DEDUCTIONS** | | | **AFTER-TAX DEDUCTIONS** | | | **EMPLOYER PAID BENEFITS** | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| **TOTAL:** | **0.00** | **0.00** | **TOTAL:** | **0.00** | **0.00** | *TAXABLE | | |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
| --- | --- | --- | --- | --- | --- |
| Current | 190.40 | 190.40 | 25.58 | 0.00 | 164.82 |
| YTD | 660.40 | 660.40 | 85.77 | 0.00 | 574.63 |

| **YEAR-TO-DATE** | **PAID TIME OFF** | **SICK LEAVE** | **NET PAY DISTRIBUTION** | | |
| --- | --- | --- | --- | --- | --- |
| Start Balance | 0.0 | 0.0 | **Account Type** | **Account Number** | **Deposit Amount** |
| + Earned | 0.0 | 0.0 | Advice #000000000657084 Checking | 1953753 | 164.82 |
| + Bought | 0.0 | 0.0 | | | |
| - Taken | 0.0 | 0.0 | | | |
| - Sold | 0.0 | 0.0 | | | |
| + Adjustments | 0.0 | 0.0 | | | |
| **End Balance** | **0.0** | **0.0** | **TOTAL:** | | **164.82** |

**MESSAGE:** Service Hours =

| Gettysburg College            | Pay Group:       STF-Staff Pay Group        | Business Unit: GBURG          |
| 300 North Washington Street   | Pay Begin Date:  05/18/2019                 | Advice #:      000000000657084|
| Gettysburg, PA 17325          | Pay End Date:    05/31/2019                 | Advice Date:   06/07/2019     |

|  | | **TAX DATA:** | **Federal** | **PA State** |
|---|---|---|---|---|
| **Christine Wilkinson** | Employee ID:  5947427 | Tax Status: | Married | N/A |
| 757 Gablers Rd | Department:   SECOFF-Department of Public Safety | Allowances: | 2 | 0 |
| Gardners, PA 17324 | Location:     Gettysburg College | Addl. Percent: | | |
|  | Job Title:    Casual Staff | Addl. Amount: | | |
|  | Pay Rate:     $11.900000 Hourly | | | |

## HOURS AND EARNINGS

|  |  | Current | | YTD | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Casual Wages | 11.900000 | 16.00 | 190.40 | 56.00 | 660.40 |
| **TOTAL:** | | **16.00** | **190.40** | **56.00** | **660.40** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 2.76 | 9.58 |
| Fed OASDI/EE | 11.80 | 40.94 |
| PA Unempl EE | 0.12 | 0.40 |
| PA Withholdng | 5.85 | 20.28 |
| PA LOCAL | 3.05 | 10.57 |
| PA | 2.00 | 4.00 |
| **TOTAL:** | **25.58** | **85.77** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

|  | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 190.40 | 190.40 | 25.58 | 0.00 | 164.82 |
| YTD | 660.40 | 660.40 | 85.77 | 0.00 | 574.63 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE |
|---|---|---|
| Start Balance | 0.0 | 0.0 |
| + Earned | 0.0 | 0.0 |
| + Bought | 0.0 | 0.0 |
| - Taken | 0.0 | 0.0 |
| - Sold | 0.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| **End Balance** | **0.0** | **0.0** |

## NET PAY DISTRIBUTION

|  | **Account Type** | **Account Number** | **Deposit Amount** |
|---|---|---|---|
| Advice #000000000657084 | Checking | 1953753 | 164.82 |
| **TOTAL:** | | | **164.82** |

**MESSAGE:** Service Hours =

| | | | | | |
|---|---|---|---|---|---|
| **Gettysburg College**<br>300 North Washington Street<br>Gettysburg, PA 17325 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | STF-Staff Pay Group<br>06/01/2019<br>06/14/2019 | Business Unit:<br>Advice **#:**<br>Advice Date: | GBURG<br>**000000000658087**<br>06/21/2019 | |

| | | | **TAX DATA:** | **Federal** | **PA State** |
|---|---|---|---|---|---|
| **Christine Wilkinson**<br>757 Gablers Rd<br>Gardners, PA 17324 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 5947427<br>SECOFF-Department of Public Safety<br>Gettysburg College<br>Casual Staff<br>$11.900000 Hourly | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Married<br>2 | N/A<br>0 |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Casual Wages | 11.900000 | 32.00 | 380.80 | 88.00 | 1,041.20 |
| **TOTAL:** | | **32.00** | **380.80** | **88.00** | **1,041.20** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 5.52 | 15.10 |
| Fed OASDI/EE | 23.61 | 64.55 |
| PA Unempl EE | 0.22 | 0.62 |
| PA Withholdng | 11.69 | 31.97 |
| PA LOCAL | 6.09 | 16.66 |
| PA | 2.00 | 6.00 |
| **TOTAL:** | **49.13** | **134.90** |

| **BEFORE-TAX DEDUCTIONS** | | | **AFTER-TAX DEDUCTIONS** | | | **EMPLOYER PAID BENEFITS** | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| **TOTAL:** | **0.00** | **0.00** | **TOTAL:** | **0.00** | **0.00** | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 380.80 | 380.80 | 49.13 | 0.00 | 331.67 |
| YTD | 1,041.20 | 1,041.20 | 134.90 | 0.00 | 906.30 |

| **YEAR-TO-DATE** | **PAID TIME OFF** | **SICK LEAVE** |
|---|---|---|
| Start Balance | 0.0 | 0.0 |
| + Earned | 0.0 | 0.0 |
| + Bought | 0.0 | 0.0 |
| - Taken | 0.0 | 0.0 |
| - Sold | 0.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| **End Balance** | **0.0** | **0.0** |

## NET PAY DISTRIBUTION

| | **Account Type** | **Account Number** | **Deposit Amount** |
|---|---|---|---|
| Advice #000000000658087 | Checking | 1953753 | 331.67 |
| **TOTAL:** | | | **331.67** |

**MESSAGE:** Service Hours =

| **Gettysburg College** | Pay Group: | STF-Staff Pay Group | Business Unit: | GBURG |
| 300 North Washington Street | Pay Begin Date: | 05/18/2019 | Advice #: | **000000000657085** |
| Gettysburg, PA 17325 | Pay End Date: | 05/31/2019 | Advice Date: | 06/07/2019 |

| | | | **TAX DATA:** | **Federal** | **PA State** |
|---|---|---|---|---|---|
| **Timothy L Wilkinson** | Employee ID: | 5624688 | Tax Status: | Married | N/A |
| 757 Gablers Road | Department: | MAINTSVC-Maintenance Services | Allowances: | 1 | 0 |
| Gardners, PA 17324 | Location: | Gettysburg College | Addl. Percent: | | |
| | Job Title: | Trades Worker I | Addl. Amount: | | |
| | Pay Rate: | $17.810000 Hourly | | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Staff - Regular Earnings | 17.810000 | 71.00 | 1,264.51 | 759.50 | 13,230.62 |
| Staff - Holiday Pay | 17.810000 | 8.00 | 142.48 | 64.00 | 1,115.76 |
| Staff - Sick Pay | 17.810000 | 1.00 | 17.81 | 27.50 | 478.39 |
| Other Regular Staff Earnings | | | 0.00 | 40.00 | 695.20 |
| Staff - Overtime | | | 0.00 | 17.75 | 462.75 |
| Staff Holiday Worked | | | 0.00 | 5.50 | 143.39 |
| Staff - Vacation Pay | | | 0.00 | 69.00 | 1,199.23 |
| **TOTAL:** | | **80.00** | **1,424.80** | **983.25** | **17,325.34** |

### TAXES

| **Description** | **Current** | **YTD** |
|---|---|---|
| Fed Withholdng | 64.86 | 822.58 |
| Fed MED/EE | 18.91 | 231.94 |
| Fed OASDI/EE | 80.85 | 991.75 |
| PA Unempl EE | 0.86 | 10.40 |
| PA Withholdng | 40.02 | 490.92 |
| PA LOCAL | 20.86 | 255.89 |
| PA | 2.00 | 24.00 |
| **TOTAL:** | **228.36** | **2,827.48** |

### BEFORE-TAX DEDUCTIONS

| **Description** | **Current** | **YTD** |
|---|---|---|
| PPO 1000 | 110.22 | 1,212.42 |
| Delta Dental Plan Two | 11.03 | 121.33 |
| TIAA SRA | 40.00 | 480.00 |
| **TOTAL:** | **161.25** | **1,813.75** |

### AFTER-TAX DEDUCTIONS

| **Description** | **Current** | **YTD** |
|---|---|---|
| Garnishmnt-Bankruptcy | 0.00 | 2,821.60 |
| **TOTAL:** | **0.00** | **2,821.60** |

### EMPLOYER PAID BENEFITS

| **Description** | **Current** | **YTD** |
|---|---|---|
| PPO 1000 | 571.17 | 6,282.87 |
| Delta Dental Plan Two | 17.43 | 191.73 |
| Life and AD&D | 3.56 | 38.62 |
| Life and AD&D* | 0.45 | 4.32 |
| GBC Pd LTD Annuity & Income | 3.00 | 32.28 |
| GBC - Retirement Annuity | 142.48 | 1,732.54 |
| Employer Emeriti B | 15.03 | 165.33 |
| *TAXABLE | | |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 1,424.80 | 1,264.00 | 228.36 | 161.25 | 1,035.19 |
| YTD | 17,325.34 | 15,515.91 | 2,827.48 | 4,635.35 | 9,862.51 |

| **YEAR-TO-DATE** | **PAID TIME OFF** | **SICK LEAVE** |
|---|---|---|
| Start Balance | 80.5 | 34.5 |
| + Earned | 50.8 | 27.7 |
| + Bought | 0.0 | 0.0 |
| - Taken | 68.3 | 20.8 |
| - Sold | 0.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| **End Balance** | **63.1** | **41.5** |

### NET PAY DISTRIBUTION

| | **Account Type** | **Account Number** | **Deposit Amount** |
|---|---|---|---|
| Advice #000000000657085 | Savings | 9081348 | 200.00 |
| | Checking | 1953753 | 835.19 |
| **TOTAL:** | | | **1,035.19** |

**MESSAGE:** Service Hours = 19,111.00

| Gettysburg College 300 North Washington Street Gettysburg, PA 17325 | Pay Group: STF-Staff Pay Group Pay Begin Date: 05/04/2019 Pay End Date: 05/17/2019 | Business Unit: GBURG Advice #: 000000000656026 Advice Date: 05/24/2019 |
|---|---|---|

| | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|
| **Timothy L Wilkinson** 757 Gablers Road Gardners, PA 17324 | Employee ID: 5624688 Department: MAINTSVC-Maintenance Services Location: Gettysburg College Job Title: Trades Worker I Pay Rate: $17.380000 Hourly | Tax Status: Allowances: Addl. Percent: Addl. Amount: | Married 1 | N/A 0 |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Staff - Regular Earnings | 17.380000 | 76.50 | 1,329.57 | 688.50 | 11,966.11 |
| Staff - Sick Pay | 17.380000 | 3.50 | 60.83 | 26.50 | 460.58 |
| Staff - Holiday Pay | | 0.00 | | 56.00 | 973.28 |
| Other Regular Staff Earnings | | 0.00 | | 40.00 | 695.20 |
| Staff - Overtime | | 0.00 | | 17.75 | 462.75 |
| Staff Holiday Worked | | 0.00 | | 5.50 | 143.39 |
| Staff - Vacation Pay | | 0.00 | | 69.00 | 1,199.23 |
| **TOTAL:** | | **80.00** | **1,390.40** | **903.25** | **15,900.54** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 61.42 | 757.72 |
| Fed MED/EE | 18.41 | 213.03 |
| Fed OASDI/EE | 78.72 | 910.90 |
| PA Unempl EE | 0.83 | 9.54 |
| PA Withholdng | 38.96 | 450.90 |
| PA LOCAL | 20.31 | 235.03 |
| PA | 2.00 | 22.00 |
| **TOTAL:** | **220.65** | **2,599.12** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PPO 1000 | 110.22 | 1,102.20 |
| Delta Dental Plan Two | 11.03 | 110.30 |
| TIAA SRA | 40.00 | 440.00 |
| **TOTAL:** | **161.25** | **1,652.50** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Garnishmnt-Bankruptcy | 0.00 | 2,821.60 |
| **TOTAL:** | **0.00** | **2,821.60** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| PPO 1000 | 571.17 | 5,711.70 |
| Delta Dental Plan Two | 17.43 | 174.30 |
| Life and AD&D | 3.56 | 35.06 |
| Life and AD&D* | 0.45 | 3.87 |
| GBC Pd LTD Annuity & Income | 3.00 | 29.28 |
| GBC - Retirement Annuity | 139.04 | 1,590.06 |
| Employer Emeriti B | 15.03 | 150.30 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,390.40 | 1,229.60 | 220.65 | 161.25 | 1,008.50 |
| YTD | 15,900.54 | 14,251.91 | 2,599.12 | 4,474.10 | 8,827.32 |

| **YEAR-TO-DATE** | **PAID TIME OFF** | **SICK LEAVE** |
|---|---|---|
| Start Balance | 80.5 | 34.5 |
| + Earned | 46.2 | 24.6 |
| + Bought | 0.0 | 0.0 |
| - Taken | 68.3 | 19.8 |
| - Sold | 0.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| **End Balance** | **58.4** | **39.4** |

### NET PAY DISTRIBUTION

| | **Account Type** | **Account Number** | **Deposit Amount** |
|---|---|---|---|
| Advice #000000000656026 | Savings | 9081348 | 200.00 |
| | Checking | 1953753 | 808.50 |
| **TOTAL:** | | | **1,008.50** |

**MESSAGE:** Service Hours = 19,031.00

| Gettysburg College<br>300 North Washington Street<br>Gettysburg, PA 17325 | Pay Group: STF-Staff Pay Group<br>Pay Begin Date: 04/20/2019<br>Pay End Date: 05/03/2019 | Business Unit: GBURG<br>Advice #: 000000000654307<br>Advice Date: 05/10/2019 |
|---|---|---|

| | | |
|---|---|---|
| **Timothy L Wilkinson**<br>757 Gablers Road<br>Gardners, PA 17324 | Employee ID: 5624688<br>Department: MAINTSVC-Maintenance Services<br>Location: Gettysburg College<br>Job Title: Trades Worker I<br>Pay Rate: $17.380000 Hourly | **TAX DATA:** **Federal** **PA State**<br>Tax Status: Married N/A<br>Allowances: 1 0<br>Addl. Percent:<br>Addl. Amount: |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Staff - Regular Earnings | 17.380000 | 64.00 | 1,112.32 | 612.00 | 10,636.54 |
| Staff - Vacation Pay | 17.380000 | 16.00 | 278.08 | 69.00 | 1,199.23 |
| Staff - Holiday Pay | | 0.00 | | 56.00 | 973.28 |
| Other Regular Staff Earnings | | 0.00 | | 40.00 | 695.20 |
| Staff - Overtime | | 0.00 | | 17.75 | 462.75 |
| Staff - Sick Pay | | 0.00 | | 23.00 | 399.75 |
| Staff Holiday Worked | | 0.00 | | 5.50 | 143.39 |
| **TOTAL:** | | **80.00** | **1,390.40** | **823.25** | **14,510.14** |

### TAXES

| **Description** | **Current** | **YTD** |
|---|---|---|
| Fed Withholdng | 61.41 | 696.30 |
| Fed MED/EE | 18.40 | 194.62 |
| Fed OASDI/EE | 78.71 | 832.18 |
| PA Unempl EE | 0.84 | 8.71 |
| PA Withholdng | 38.96 | 411.94 |
| PA LOCAL | 20.31 | 214.72 |
| PA | 2.00 | 20.00 |
| **TOTAL:** | **220.63** | **2,378.47** |

### BEFORE-TAX DEDUCTIONS

| **Description** | **Current** | **YTD** |
|---|---|---|
| PPO 1000 | 110.22 | 991.98 |
| Delta Dental Plan Two | 11.03 | 99.27 |
| TIAA SRA | 40.00 | 400.00 |
| **TOTAL:** | **161.25** | **1,491.25** |

### AFTER-TAX DEDUCTIONS

| **Description** | **Current** | **YTD** |
|---|---|---|
| Garnishmnt-Bankruptcy | 0.00 | 2,821.60 |
| **TOTAL:** | **0.00** | **2,821.60** |

### EMPLOYER PAID BENEFITS

| **Description** | **Current** | **YTD** |
|---|---|---|
| PPO 1000 | 571.17 | 5,140.53 |
| Delta Dental Plan Two | 17.43 | 156.87 |
| Life and AD&D | 3.50 | 31.50 |
| Life and AD&D* | 0.38 | 3.42 |
| GBC Pd LTD Annuity & Income | 2.92 | 26.28 |
| GBC - Retirement Annuity | 139.04 | 1,451.02 |
| Employer Emeriti B | 15.03 | 135.27 |
| *TAXABLE | | |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 1,390.40 | 1,229.53 | 220.63 | 161.25 | 1,008.52 |
| YTD | 14,510.14 | 13,022.31 | 2,378.47 | 4,312.85 | 7,818.82 |

| **YEAR-TO-DATE** | **PAID TIME OFF** | **SICK LEAVE** |
|---|---|---|
| Start Balance | 80.5 | 34.5 |
| + Earned | 41.5 | 22.2 |
| + Bought | 0.0 | 0.0 |
| - Taken | 68.3 | 16.3 |
| - Sold | 0.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| **End Balance** | **53.8** | **40.4** |

### NET PAY DISTRIBUTION

| | **Account Type** | **Account Number** | **Deposit Amount** |
|---|---|---|---|
| Advice #000000000654307 | Savings | 9081348 | 200.00 |
| | Checking | 1953753 | 808.52 |
| **TOTAL:** | | | **1,008.52** |

**MESSAGE:** Service Hours = 18,951.00