IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| TIMOTHY LEE WILKINSON | : | |
| | : | CASE NO. 1:18-bk-01053 |
| CHRISTINE MARIE WILKINSON | : | |
| | : | |
| Debtor(s) | : | |

**PRAECIPE TO WITHDRAW**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please withdraw the docket entries #65 through #72 as the were filed erroneously in the wrong case.

Respectfully submitted,

/s/ Kara K. Gendron
Kara K. Gendron, Esquire
Attorney ID 87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
karagendron@gmail.com
(717) 232–6650 TEL
(717) 232-0477 FAX