# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Christine Marie Wilkinson<br>Timothy Lee Wilkinson<br>    Debtor(s)<br><br>Christine Marie Wilkinson<br>Timothy Lee Wilkinson<br>    Movant(s) | 1:18-bk-01053 |

## MOTION TO VOLUNTARILY DISMISS CHAPTER 13 PETITION

**AND NOW**, this 16th day of July, 2019, the Debtors, by and through their attorney, Dawn M. Cutaia, file this Motion to Voluntarily Dismiss their Chapter 13 bankruptcy Petition and in support thereof state the following:

1. Debtors filed a voluntary Chapter 13 bankruptcy on March 15, 2018.
2. Debtors wish to have their Chapter 13 bankruptcy petition voluntarily dismissed.
3. This case was not converted from a Chapter 7.
4. Debtors have an absolute right to dismiss their case.

**WHEREFORE**, Debtors respectfully request this Honorable Court dismiss their Chapter 13 petition.

Respectfully Submitted:

/s/ Dawn M. Cutaia
Pugh & Cutaia, PLLC
Supreme Court ID 77965
115 E. Philadelphia Street
York, PA 17401
717-304-1841
cutaialaw@gmail.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Christine Marie Wilkinson<br>Timothy Lee Wilkinson<br>　　　　　　Debtor(s)<br><br>Christine Marie Wilkinson<br>Timothy Lee Wilkinson<br>　　　　　　Movant(s) | 1:18-bk-01053 |

## **ORDER**

**AND NOW**, upon consideration of Debtors' Motion to Voluntarily Dismiss their Chapter 13 Petition, said Motion is hereby granted, and Debtors' case is Dismissed.