```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 18-01053-HWV
Christine Marie Wilkinson                                           Chapter 13
Timothy Lee Wilkinson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1           User: CKovach              Page 1 of 2              Date Rcvd: Jul 16, 2019
                               Form ID: pdf010            Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2019.
```
db/jdb        +Christine Marie Wilkinson,    Timothy Lee Wilkinson,    757 Gablers Rd,    Gardners, PA 17324-9533
cr            +Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto,    1451 Thomas Langston Rd.,
                Winterville, NC 28590-8872
5035127        Bur Acct Mgm,   Bureau Of Account,    Camp Hill PA 17011
5035128       +Coml Accept,   2300 Gettysburg Rd,    Camp Hill PA 17011-7303
5035125        Department of Revenue,    1 Revenue Place,    Harrisburg PA 17129-0001
5052125        ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
5035130       +Hanover Hospital,    c/o National Recovery,    2491 Paxton Street,    Harrisburg PA 17111-1036
5035131       +IC Systems, Inc,    444 Highway 96 East,    Po Box 64378,    St Paul MN 55164-0378
5035132        Penn State Hershey Hospital,    500 University Drive,    Carlisle PA 17013-3000
5035133        Phfa-hemap,    Agency,    Harrisburg PA 17101
5035134       +Timothy Wilkinson,    757 Gablers Road,    Gardners PA 17324-9533
5035135       +Victoria Chen, Esquire,    701 Market Street, Suite 5000,    Philadelphia PA 19106-1541
5059383        Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    P.O. Box 19657,    Irvine, CA 92623-9657
5035137       +Wells Fargo Dealer Services,    Po Box 1697,    Winterville NC 28590-1697
5035136       +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine CA 92623-9657
5035138       +Wellspan Health,   1001 S. George Street,    York PA 17403-3676
5035123       +York Adams Tax Claim Bureau,    PO BOX 15627,    York PA 17405-0156
5040847       +York Hospital,   1001 S George St,    York PA 17403-3645
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5045265        E-mail/Text: ebn@21stmortgage.com Jul 16 2019 19:46:34     21st Mortgage Corporation,
                P.O. Box 477,   Knoxville, TN 37901
5035126       +E-mail/Text: ebn@21stmortgage.com Jul 16 2019 19:46:34     21st Mortgage,    620 Market St,
                Suite 100,   Knoxville TN 37902-2207
5052125        E-mail/Text: ECMCBKNotices@ecmc.org Jul 16 2019 19:46:17     ECMC,    PO BOX 16408,
                ST. PAUL, MN 55116-0408
5035129       +E-mail/Text: bknotice@ercbpo.com Jul 16 2019 19:46:38     ERC/Enhanced Recovery Corp,
                8014 Bayberry Rd,   Jacksonville FL 32256-7412
5035124        E-mail/Text: cio.bncmail@irs.gov Jul 16 2019 19:46:04     IRS Centralized Insolvency Oper.,
                Post Office Box 7346,   Philadelphia PA 19101-7346
5101943        E-mail/Text: blegal@phfa.org Jul 16 2019 19:46:36     PHFA/HEMAP,    211 NORTH FRONT ST,
                PO BOX 8029,   HARRISBURG, PA 17105
                                                                                               TOTAL: 6
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Christine Marie Wilkinson dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia    on behalf of Debtor 2 Timothy Lee Wilkinson dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James    Warmbrodt    on behalf of Creditor   21st Mortgage Corporation bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 2 Timothy Lee Wilkinson karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Kara Katherine Gendron    on behalf of Debtor 1 Christine Marie Wilkinson karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        William E. Craig   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
         ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
                                                                                                                     TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Christine Marie Wilkinson<br>Timothy Lee Wilkinson<br>Debtor(s)<br><br>Christine Marie Wilkinson<br>Timothy Lee Wilkinson<br>Movant(s) | 1:18-bk-01053-HWV<br><br>Ch 13 |

## ORDER

**AND NOW**, upon consideration of Debtors' Motion to Voluntarily Dismiss their Chapter 13 Petition, said Motion is hereby granted, and Debtors' case is Dismissed.

Dated: July 16, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)